UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM TOTTE, CODY HITCH and
JOHN MERRELL, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.     Case No. 16-12850

QUICK LANE OIL & LUBE, INC., a
Michigan for-profit company, and
TALHA HARES, its owner,

    Defendants.     HON. AVERN COHN

_____/

## ORDER AS TO COLLECTIVE ACTION PROCEDURES

In its Decision Granting Plaintiffs' Motion for Conditional Certification of a Collective Action under the Fair Labor Standards Act (FLSA), (Doc. 33), the Court conditionally certified a collective action of:

> *All current and former employees who worked for Quick Lane Oil & Lube, Inc. as oil change technicians between August 2, 2013 and August 2, 2016 and who were not compensated for all hours worked including one and one-half the regular rate for hours in excess of 40 in a workweek.*

The Court enters this order to establish procedures which will govern the sending of opt-in notices to potential plaintiffs and other matters.

    1. The Court approves the opt-in notice, attached as Exhibit A, which is to be sent to the potential opt-in plaintiffs by a third-party claims administrator of defendants' choosing by U.S. mail;

2. Within 30 days of entry of this order, defendants shall furnish to the claims administrator a list of all persons meeting the above description of the collective action;

3. The list shall include the full name and last known address of each potential opt-in plaintiff meeting the description;

4. The Court authorizes the claims administrator to promptly disseminate the approved opt-in notice and consent form to all potential plaintiffs pursuant to the respective provisions of the FLSA, 29 U.S.C. § 216(b);

5. No later than 90 days after opt-in notices are sent, the claims administrator shall file with the Court any and all consent forms that are received by the claims administrator and postmarked by opt-in plaintiffs within the 60 days allotted; and

6. Defendants shall be responsible for the charges of the claims administrator.

SO ORDERED.

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: April 28, 2017
    Detroit, Michigan